IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:20-cv-62-D

| | |
|---|---|
| JESUS VASQUEZ, JR., <br> PENNEY LEIGH VASQUEZ, <br><br> Appellants, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Appellee, | **ORDER GRANTING MOTION TO SUBSTITUTE WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE TRUST F AS DEFENDANT** |

THE MATTER COMING BEFORE THE COURT upon the Motion of Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Trust F (herein, "Wilmington Savings Fund") Pursuant to Fed. R. Civ. P. 25(c) to substitute Wilmington Savings Fund in place of JP Morgan Chase Bank, N.A. (herein, "Chase") as the Appellee and Defendant in the instant action, and the Court having reviewed the pleadings and the record in the case finds and concludes as follows:

1. Following the initiation of the Adversary Proceeding, the mortgage loan which is the subject of the instant action was transferred from Chase to Wilmington Savings Fund.

2. Cause exists to substitute Wilmington Savings Fund for Chase as the Appellee and Defendant in the instant action.

WHEREFORE, Wilmington Savings Fund is hereby substituted as Appellee and Defendant in the instant action; Chase is hereby removed as a party; and the caption and style of the instant action should be changed to *Jesus Vasquez, Jr., and Penney Leigh Vasquez,*

*Appellants, v. Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Trust F, Appellee.*

SO ORDERED. This is the **26** day of May, 2020.

                                                  JAMES C. DEVER III
                                                  United States District Judge